**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE ENDOCRINE SOCIETY, | |
| *Plaintiff,* | |
| v. | Case No. 1:26-cv-00512 |
| FEDERAL TRADE COMMISSION, *et al.*, | |
| *Defendants.* | |

**<u>MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*</u>**

Pursuant to Local Civil Rule 83.2, Plaintiff, by and through undersigned counsel, hereby moves for the *pro hac vice* admission of Heather Sawyer of Cooley LLP in the above-captioned action. This motion is supported by the Declaration of Heather Sawyer, filed herewith. As set forth in Ms. Sawyer's declaration, she is admitted and is an active member in good standing with the state of Illinois and the District of Columbia Bars. Pursuant to the Local Rules, this motion is signed by Raymond P. Tolentino, an active and sponsoring member of the Bar of this Court and includes a certificate of good standing issued by the District of Columbia bar.

Dated:  February 17, 2026

Respectfully submitted,

*/s/ Raymond P. Tolentino*
Raymond P. Tolentino (DC Bar No. 1028781)
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC  20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
rtolentino@cooley.com

*Counsel for Plaintiff the Endocrine Society*