**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

THE ENDOCRINE SOCIETY,

     *Plaintiff*,

     v.

FEDERAL TRADE COMMISSION, *et al.*,

     *Defendants*.

Case No. 1:26-cv-00512

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Admission of Attorney Heather Sawyer *pro hac vice*, it is hereby:

**ORDERED** that the Motion for Admission of Attorney Heather Sawyer *pro hac vice* is **GRANTED**.

Dated: _____, 2026

SO ORDERED.

_____
United States District Court Judge