IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ENDOCRINE SOCIETY,<br><br>　　　*Plaintiff*,<br><br>　　v.<br><br>FEDERAL TRADE COMMISSION, *et al.*,<br><br>　　　*Defendants*. | Case No. 1:26-cv-00512 |

**PLAINTIFF THE ENDOCRINE SOCIETY'S**
**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Pursuant to Local Civil Rule 26.1 and Federal Rule of Civil Procedure 7.1, I, the undersigned counsel of record for Plaintiff the Endocrine Society, certify to the best of my knowledge and belief that the Endocrine Society is a Delaware Corporation, has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:  February 17, 2026

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 */s/ Raymond P. Tolentino*
　　　　　　　　　　　　　　　　　　　　Raymond P. Tolentino (DC Bar No. 1028781)
　　　　　　　　　　　　　　　　　　　　Heather Sawyer (DC Bar No. 497688)
　　　　　　　　　　　　　　　　　　　　(*Pro Hac Vice* forthcoming)
　　　　　　　　　　　　　　　　　　　　Dev P. Ranjan (D.C. Bar No. 90019329)
　　　　　　　　　　　　　　　　　　　　(*Pro Hac Vice* forthcoming)
　　　　　　　　　　　　　　　　　　　　COOLEY LLP
　　　　　　　　　　　　　　　　　　　　1299 Pennsylvania Ave., NW, Suite 700
　　　　　　　　　　　　　　　　　　　　Washington, DC  20004-2400
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 842-7800
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 842-7899
　　　　　　　　　　　　　　　　　　　　rtolentino@cooley.com
　　　　　　　　　　　　　　　　　　　　hsawyer@cooley.com
　　　　　　　　　　　　　　　　　　　　dranjan@cooley.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff the Endocrine Society*