**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE ENDOCRINE SOCIETY,<br><br>   *Plaintiff*,<br><br>  v.<br><br>FEDERAL TRADE COMMISSION, *et al.*,<br><br>   *Defendants*. | Case No. 1:26-cv-00512-JEB |

**NOTICE OF APPEARANCE OF COUNSEL**

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD

  I am admitted to practice in this Court, and I appear in this case for Plaintiff the Endocrine Society.

Dated: February 20, 2026     Respectfully submitted,

           */s/ Joshua Revesz*
           Joshua Revesz (DC Bar No. 1616617)
           COOLEY LLP
           1299 Pennsylvania Ave., NW, Suite 700
           Washington, DC  20004-2400
           Telephone: (202) 842-7800
           Facsimile: (202) 842-7899
           jrevesz@cooley.com

           *Counsel for Plaintiff the Endocrine Society*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, the foregoing **Notice of Appearance** was filed

through the Court's CM/ECF system and served via First Class Mail to the following:

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580

ANDREW N. FERGUSON
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

MARK R. MEADOR
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

JOHN DOES 1–3
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

 */s/ Joshua Revesz*
 Joshua Revesz (DC Bar No. 1616617)

 *Counsel for Plaintiff the Endocrine Society*