**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE ENDOCRINE SOCIETY,

     *Plaintiff*,

    v.

FEDERAL TRADE COMMISSION, *et al.*,

     *Defendants*.

Case No. 1:26-cv-00512-JEB

**NOTICE OF APPEARANCE OF COUNSEL**

TO:    THE CLERK OF COURT AND ALL PARTIES OF RECORD

    I am admitted to practice *pro hac vice* in this Court, and I appear in this case for Plaintiff the Endocrine Society.

Dated:  February 24, 2026

Respectfully submitted,

   */s/ Heather Sawyer*
   Heather Sawyer (DC Bar No. 497688)
   *(Pro Hac Vice)*
   COOLEY LLP
   1299 Pennsylvania Ave., NW, Suite 700
   Washington, DC  20004-2400
   Telephone: (202) 842-7800
   Facsimile: (202) 842-7899
   hsawyer@cooley.com

   *Counsel for Plaintiff the Endocrine Society*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 24, 2026, the foregoing **Notice of Appearance** was filed

through the Court's CM/ECF system and served via First Class Mail to the following:

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580

ANDREW N. FERGUSON
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

MARK R. MEADOR
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

JOHN DOES 1–3
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

*/s/ Heather Sawyer*
Heather Sawyer (DC Bar No. 497688)
*(Pro Hac Vice)*

*Counsel for Plaintiff the Endocrine Society*
