IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ENDOCRINE SOCIETY,<br><br>  *Plaintiff*,<br><br> v.<br><br>FEDERAL TRADE COMMISSION, *et al.*,<br><br>  *Defendants*. | Case No. 1:26-cv-00512-JEB<br><br>**ORAL ARGUMENT REQUESTED** |

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiff the Endocrine Society, by undersigned counsel, respectfully moves this Court for a preliminary injunction against Defendants Federal Trade Commission ("FTC"); Andrew N. Ferguson, in his official capacity as Chairman of the FTC; Mark R. Meador, in his official capacity as Commissioner of the FTC; and John Does 1-3, in their official capacities as Commissioners of the FTC.

The grounds for this motion are set forth more fully in the accompanying Memorandum of Law, as well as the declarations of Mila N. Becker and Raymond P. Tolentino and exhibits submitted herewith. The Endocrine Society requests, pursuant to Local Civil Rule 65.1(d) and for the reasons more fully set forth in its supporting Memorandum of Law, that the Court schedule a hearing on this motion as soon as possible after the filing of this motion to avoid further irreparable harm. The Endocrine Society respectfully requests that the Court schedule a hearing no later than April 15, 2026.

Pursuant to Local Civil Rules 7(m), on February 19, 2026, and February 20, 2026, counsel for Plaintiff conferred in good faith with counsel for Defendants prior to filing the present motion

1

to determine whether Defendants oppose the relief sought.  Defendants advised they will oppose the motion for a preliminary injunction.  Plaintiff has also attached a proposed order.

Dated:  February 24, 2026                          Respectfully submitted,

                                             */s/ Raymond P. Tolentino*
Raymond P. Tolentino (D.C. Bar No. 1028781)
Heather Sawyer (D.C. Bar No. 497688)
(*Pro Hac Vice*)
Joshua Revesz (D.C. Bar No. 1616617)
Dev P. Ranjan (D.C. Bar No. 90019329)
(*Pro Hac Vice*)
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC  20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
rtolentino@cooley.com
hsawyer@cooley.com
jrevesz@cooley.com
dranjan@cooley.com

*Counsel for Plaintiff the Endocrine Society*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 24, 2026, the foregoing Motion for a Preliminary Injunction and all accompanying materials were filed through the Court's CM/ECF system and will be served via First Class Mail to the following:

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580

ANDREW N. FERGUSON
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

MARK R. MEADOR
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

JOHN DOES 1–3
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

Also on February 24, 2026, copies of the foregoing document and all accompanying materials were additionally emailed to counsel at the Federal Trade Commission as a courtesy.

                                          */s/ Raymond P. Tolentino*
                                          Raymond P. Tolentino (D.C. Bar No. 1028781)

                                          *Counsel for Plaintiff the Endocrine Society*