IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ENDOCRINE SOCIETY,<br><br>    *Plaintiff*,<br><br>    v.<br><br>FEDERAL TRADE COMMISSION, *et al.*,<br><br>    *Defendants*. | Case No. 1:26-cv-00512-JEB |

### DECLARATION OF RAYMOND P. TOLENTINO IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELMINARY INJUNCTION

I, Raymond P. Tolentino, hereby declare as follows:

1.  I am an attorney duly licensed to practice law in the District of Columbia and in the United States District Court for the District of Columbia. I am a partner with the law firm Cooley LLP, counsel of record for Plaintiff the Endocrine Society. I submit this declaration in support of Plaintiff's Motion for a Preliminary Injunction. I have personal knowledge of all facts stated in this declaration and can testify competently thereto.

2.  Attached as **Exhibit 1** is a true and correct copy of the Endocrine Society's original Certificate of Incorporation, issued by the Office of the Secretary of State of Delaware, dated January 31, 1918.

3.  Attached as **Exhibit 2** is a true and correct copy of the current Certificate of Incorporation of the Endocrine Society issued by the Office of the Secretary of State of Delaware, dated July 13, 1987.

4.  Attached as **Exhibit 3** is a true and correct copy of *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline* by Wylie C Hembree et al., published in the Journal of Clinical Endocrinology & Metabolism, dated

1

November 1, 2017. This exhibit is publicly available at: https://doi.org/10.1210/jc.2017-01658. Exhibit 3 was archived on February 23, 2026, via Perma.cc, https://perma.cc/FJ42-KBFH.

5. Attached as **Exhibit 4** is a true and correct copy of the Endocrine Society and Pediatric Endocrine Society's Position Statement on Transgender Health, published in December 2020. This exhibit is publicly available at: https://www.endocrine.org/-/media/endocrine/files/advocacy/position-statement/position_statement_transgender_health_pes.pdf. Exhibit 4 was archived on February 22, 2026, via Perma.cc, https://perma.cc/ZB63-DPAK.

6. Attached as **Exhibit 5** is a true and correct copy of Executive Order 14190, *Ending Radical Indoctrination in K–12 Schooling*, executed by President Donald J. Trump on January 29, 2025, and published in the Federal Register on February 3, 2025 (90 Fed. Reg. 8853).

7. Attached as **Exhibit 6** is a true and correct copy of Executive Order 14187, *Protecting Children from Chemical and Surgical Mutilation*, executed by President Donald J. Trump on January 28, 2025, and published in the Federal Register on February 3, 2025 (90 Fed. Reg. 8771).

8. Attached as **Exhibit 7** is a true and correct copy of Executive Order 14168, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, executed by President Donald J. Trump on January 20, 2025, and published in the Federal Register on January 30, 2025 (90 Fed. Reg. 8615).

9. Attached as **Exhibit 8** is a true and correct copy of an NPR transcript titled, *Trump's Day One Plans Target Transgender Health Care, Transgender Athletes*, dated November 15, 2024. This exhibit is publicly available at: https://www.npr.org/transcripts/nx-s1-5181967. Exhibit 8 was archived on February 22, 2026, via Perma.cc, https://perma.cc/96R7-E6GA.

10. Attached as **Exhibit 9** is a true and correct copy of an OutKick article titled, *White House MAHA Official Destroys Youth Transgender Treatments as Nike Continues to Dodge Study Questions*, by Joe Kinsey, dated April 25, 2025. This exhibit is publicly available at: https://www.outkick.com/analysis/white-house-maha-official-rips-youth-transgender-treatments-nike-continues-dodge-study-questions. Exhibit 9 was archived on February 16, 2026, via Perma.cc, https://perma.cc/7CJM-Q7PX.

11. Attached as **Exhibit 10** is a true and correct copy of Attorney General Pamela Bondi's Memorandum to Select Component Heads with the subject line "Preventing the Mutilation of American Children," dated April 22, 2025. This exhibit is publicly available at: https://www.justice.gov/ag/media/1402396/dl. Exhibit 10 was archived on February 16, 2026, via Perma.cc, https://perma.cc/54NN-ARKU.

12. Attached as **Exhibit 11** is a true and correct copy of a fact sheet titled, *Report to the President on Protecting Children from Surgical and Chemical Mutilation Executive Summary*, published by the White House on April 28, 2025. This exhibit is publicly available at: https://www.whitehouse.gov/fact-sheets/2025/04/report-to-the-president-on-protecting-children-from-surgical-and-chemical-mutilation-executive-summary/. Exhibit 11 was archived on February 16, 2026, via Perma.cc, https://perma.cc/Z7NY-6V9P.

13. Attached as **Exhibit 12** is a true and correct copy of a U.S. Department of Health and Human Services report, *Treatment for Pediatric Gender Dysphoria: Review of Evidence and Best Practices*, dated November 19, 2025. This exhibit is publicly available at: https://opa.hhs.gov/sites/default/files/2025-11/gender-dysphoria-report.pdf. Exhibit 12 was archived on February 16, 2026, via Perma.cc, https://perma.cc/UCW2-R8MC.

14. Attached as **Exhibit 13** is a true and correct copy of a U.S. Department of Health and Human Services press release, *HHS Releases Peer-Reviewed Report Discrediting Pediatric Sex-Rejecting Procedures*, dated November 19, 2025.  This exhibit is publicly available at: https://www.hhs.gov/press-room/hhs-releases-peer-reviewed-report-discrediting-pediatric-sex-rejecting-procedures.html.  Exhibit 13 was archived on February 16, 2026, via Perma.cc, https://perma.cc/VD9Q-FHF2.

15. Attached as **Exhibit 14** is a true and correct copy of letter from James O'Neill, Deputy Secretary of Health and Human Services, to Kate Fryer, Chief Executive Officer of the Endocrine Society, dated December 30, 2025.

16. Attached as **Exhibit 15** is a true and correct copy of a memorandum that Punchbowl News reported was produced by the Federal Trade Commission (FTC) Commissioner Andrew Ferguson.  This exhibit is publicly available at: https://punchbowl.news/wp-content/uploads/FTC-Commissioner-Andrew-N-Ferguson-Overview.pdf.  Exhibit 15 was archived on February 16, 2026, via Perma.cc, https://perma.cc/HNG3-GRUR.

17. Attached as **Exhibit 16** is a true and correct copy of a letter from FTC Chairman Andrew Ferguson to FTC Staff, dated February 14, 2025.  This exhibit is publicly available at: https://www.ftc.gov/system/files/ftc_gov/pdf/aba-letter_ferguson.pdf.  Exhibit 16 was archived on February 16, 2026, via Perma.cc, https://perma.cc/ZBP9-TQ3M.

18. Attached as **Exhibit 17** is a true and correct copy of a November 19, 2025 post on "X" by user "@JonSchweppe," an account that, upon information and belief, is run by former FTC official Jon Schweppe.  This exhibit is publicly available at: https://x.com/JonSchweppe/status/1991209540310737399.  Exhibit 17 was archived on February 16, 2026, via Perma.cc, https://perma.cc/4JKQ-WSNY.

19. Attached as **Exhibit 18** is a true and correct copy of a February 10, 2026 post on "X" by user "@SaysSimonson," an account that, upon information and belief, is run by FTC official Joe Gabriel Simonson. This exhibit is publicly available at: https://x.com/SaysSimonson/status/2021295311705063465. Exhibit 18 was archived on February 16, 2026, via Perma.cc, https://perma.cc/88KM-5Q67.

20. Attached as **Exhibit 19** is a true and correct copy of a transcript of an FTC workshop titled, *The Dangers of "Gender-Affirming Care" for Minors*, dated July 9, 2025. This exhibit is publicly available at: https://www.ftc.gov/system/files/ftc_gov/pdf/FTC-The-Dangers-of-Gender-Affirming-Care-for-Minors-Transcript.pdf. Exhibit 19 was archived on February 16, 2026, via Perma.cc, https://perma.cc/74E4-Y229.

21. Attached as **Exhibit 20** is a true and correct copy of a Daily Wire article, *Trump Admin Hires Glenna Goldis, Lawyer Fired by Letitia James*, by Mary Margaret Olohan, dated February 5, 2026. This exhibit is publicly available at: https://www.dailywire.com/news/trump-admin-hires-glenna-goldis-lawyer-fired-by-letitia-james. Exhibit 20 was archived on February 16, 2026, via Perma.cc, https://perma.cc/A4EG-Q6K4.

22. Attached as **Exhibit 21** is a true and correct copy of an FTC document titled, *Request for Public Comment Regarding "Gender-Affirming Care" for Minors*. This exhibit is publicly available at: https://www.ftc.gov/system/files/ftc_gov/pdf/GAC-RFI-FINAL.pdf. Exhibit 21 was archived on February 16, 2026, via Perma.cc, https://perma.cc/89FE-ALUN.

23. Attached as **Exhibit 22** is a true and correct copy of the Civil Investigative Demand issued by the FTC to the Endocrine Society, dated January 15, 2026.

24. Attached as **Exhibit 23** is a true and correct copy of email correspondence and attachments thereto between counsel for the Endocrine Society, Heather Sawyer, and counsel for the FTC, Jonathan Cohen, from February 2, 2026, to February 9, 2026

25. Attached as **Exhibit 24** is a true and correct copy of FTC Commissioner Andrew Ferguson's prepared remarks at the 2024 International Consumer Protection and Enforcement Network Fall Conference in Washington, D.C., titled *Staying in Our Lane: Resisting the Temptation of Using Consumer Protection Law to Solve Other Problems*, dated September 27, 2024. This exhibit is publicly available at: https://www.ftc.gov/system/files/ftc_gov/pdf/9.27.2024-Ferguson-ICPEN-Remarks.pdf. Exhibit 24 was archived on February 9, 2026, via Perma.cc, https://perma.cc/6TJE-HTWS.

26. Attached as **Exhibit 25** is a true and correct copy of a Reuters article, *US FTC Workshop Criticizing Medical Care for Transgender Youth Draws Staff Opposition*, by Jody Godoy, dated July 2, 2025. This exhibit is publicly available at: https://www.reuters.com/legal/litigation/us-ftc-workshop-criticizing-medical-care-transgender-youth-draws-staff-2025-07-02/. Exhibit 25 was archived on February 23, 2026, via Perma.cc, https://perma.cc/6S5A-UCXL.

27. Attached as **Exhibit 26** is a true and correct copy of a document titled, *Statement of Concern from FTC Employees on the FTC's July 9 Workshop on Gender-Affirming Care*, signed by FTC employees, dated July 2, 2025. This exhibit is publicly available at: https://fingfx.thomsonreuters.com/gfx/legaldocs/akvexqzyopr/FTC%20staff%20statement.pdf. Exhibit 26 was archived on February 16, 2026, via Perma.cc, https://perma.cc/W92B-929B.

I declare under penalty of perjury that the foregoing is true and correct.  *See* 28 U.S.C. § 1746.

Executed on February 24, 2026, in Washington, D.C.

*/s/ Raymond P. Tolentino*
Raymond P. Tolentino
