# EXHIBIT 1



*State of Delaware*

**Office of Secretary of State**

*I, John N. McDowell, Secretary of State of the State of Delaware,* do hereby certify *that the above and foregoing is a true and correct copy of* Certificate of Incorporation of "THE ASSOCIATION FOR THE STUDY OF INTERNAL SECRETIONS", as received and filed in this office the thirty-first day of January,A.D. 1918, at 1 o'clock P.M.

*In Testimony Whereof, I have hereunto set my hand and official seal at Dover this* ____seventh____ *day of* ____October____ *in the year of our Lord one thousand nine hundred and* ____fifty-seven.____



*John N. McDowell*
Secretary of State

## CERTIFICATE OF INCORPORATION

### OF

### THE ASSOCIATION FOR THE STUDY
### OF INTERNAL SECRETIONS

FIRST. The name of this corporation is "THE ASSOCIATION FOR THE STUDY OF INTERNAL SECRETIONS."

SECOND. Its principal office in the State of Delaware is to be located at 901 Market Street, in the city of Wilmington, County of New Castle, and the name and address of its resident agent is CORPORATION COMPANY OF DELAWARE, 901 Market Street, Wilmington, Delaware.

THIRD. The nature of the business and the objects and purposes proposed to be transacted, promoted and carried on, are to do any or all of the things herein mentioned, as fully and to the same extent as natural persons might or could do, viz:

The promotion of scientific research and study, the diffusion of information therefrom obtained by lecture, publication or otherwise; the printing, publishing and distribution of books, periodicals, or similar articles on scientific subjects, with power to sell or to donate such publications; to own, buy and sell scientific apparatus and equipment, to own and maintain laboratories and libraries.

To purchase, take, own, hold, deal in, mortgage or otherwise lien and to lease, sell, exchange, transfer or in any manner whatever dispose of real property, wherever situated.

To manufacture, purchase or otherwise acquire and to hold, own, mortgage, pledge, sell, transfer or in any manner dispose of, and to deal and trade in goods, wares, merchandise and personal property of any and every class and description and wherever situated.

-1-

To purchase or otherwise acquire, hold, use, sell or in any manner dispose of and to grant licenses or other rights therein and in any manner deal with inventions, improvements, processes, trade-marks, rights, and licenses secured under letters patent, copyrights or otherwise.

To enter into, make and perform contracts of every kind for any lawful purpose, without limit as to amount, with any person, firm, association or corporation, town, city, county, state, territory or government.

To draw, make, accept, endorse, discount, execute and issue promissory notes, drafts, bills of exchange, warrants, debentures and other negotiable or transferable instruments.

To issue bonds, debentures or obligations and to secure the same by mortgage, pledge, deed of trust or otherwise.

To have one or more offices out of the State of Delaware and to carry on business and to promote its objects without restrictions as to place or amount.

To do any or all of the things herein set forth to the same extent as natural persons might or could do and in any part of the world, as principals, agents, contractors, trustees or otherwise, alone or in company with others.

FOURTH.  The corporation shall have no capital stock and the conditions of membership shall be as follows:-

Graduates in medicine whose training and interests make them able to promote the knowledge of internal secretions, and laboratory workers, whose qualifications have been approved by the council of the association, shall be eligible to membership and may become members by being elected by the council.

FIFTH.  The name and place of residence of each of the incorporators is as follows:-

| NAME | RESIDENCE |
|------|-----------|
| C. E. deM. Sajous | Philadelphia, Penna. |
| L. F. Barker | Baltimore, Md. |
| Emil Goetsch | Baltimore, Md. |

SIXTH.  This corporation is to have perpetual existence.

SEVENTH.  The private property of the members shall not be subject to the payment of corporate debts to any extent whatever.

EIGHTH.  In furtherance and not in limitation of the powers conferred by the laws of the State of Delaware, the board of directors, which shall be otherwise known as the council, is expressly authorized:-

To make and alter the by-laws;

To fix the amount to be reserved as working capital and to authorize and cause to be executed mortgages and liens upon the property and franchises of this corporation;

From time to time to determine whether and to what extent and at what times and places and under what conditions and regulations the books and accounts of this corporation, or any of them shall be open to the inspection of the members; and no member shall have any right to inspect any account or book or document of the corporation, except as conferred by law or authorized by resolution of the council or of the members.

If the by-laws so provide, the members and the council shall have power to hold their meetings and to keep the books of this corporation (subject to the provisions of the statute) outside of the State of  Delaware at such places as may from time to time be designated by them.

This corporation may in its by-laws confer powers additional to the foregoing upon the council, in addition to the powers and authorities expressly conferred upon them by law.

The directors or members of the council and all elected or appointed officers or officials, shall be subject to recall or displacement from office at any time, by a majority vote of the members of the association, which right of recall shall be exercised only at a special recall meeting, called by the president or secretary at the place of the last annual meeting, upon written request signed by twenty per cent. of the membership, fixing the time for such meeting, provided that two weeks' notice of such meeting shall have been given to each member of the association in the manner prescribed by the by-laws of the association for calling of special meetings. In case of vacancy in any office through the exercise of the recall of such meeting, a majority vote of such meeting shall fill such vacancy.

The objects specified herein shall, except where otherwise expressed, be in no way limited nor restricted by reference to or inference from the terms of any other clause or paragraph of this certificate of incorporation. The objects, purposes and powers specified in each of the clauses or paragraphs in this certificate of incorporation shall be regarded as independent objects, purposes and powers.

The foregoing shall be construed both as objects and powers and the enumeration thereof shall not be held to limit or restrict in any manner the general powers conferred on this corporation by the laws of the State of Delaware.

This corporation reserves the right to amend, alter, change or repeal any provision contained in this certificate of incorporation, in the manner now or hereafter prescribed by law, and all rights conferred on officers, council and members herein are granted subject to this reservation.

-4-

WE, THE UNDERSIGNED, being all of the incorporators, for the purpose of forming a corporation, in pursuance of an Act of the Legislature of the State of Delaware, entitled "AN ACT PROVIDING A GENERAL CORPORATION LAW," (approved March 10, 1899) and the acts amendatory thereof and supplemental thereto, do make and file this certificate of incorporation and do certify that the facts herein stated are true and accordingly hereunto have set our respective hands and seals this 30th day of January, A.D. 1918.

In the presence of

D. W. Coster. Jr.

R. G. Ehrman

C. E. deM. Sajous_____(SEAL)

Lewelly F. Barker_____(SEAL)

Emil Goetsch_____(SEAL)

STATE OF PENNSYLVANIA    )
                         :SS.
COUNTY OF PHILADELPHIA   )

BE IT REMEMBERED that on this thirtieth day of January, A.D. 1918, personally appeared before me, the subscriber, a Notary Public for the State of Pennsylvania, C. E. deM. Sajous, a party to the foregoing certificate of incorporation, known to me personally to be such and I having first made known to him the contents of said certificate, he did acknowledge that he signed, sealed and delivered the same as his voluntary act and deed and the facts therein stated were truly set forth.

GIVEN under my hand and seal of office the day and year aforesaid.

Caroline F. Simon

NOTARY PUBLIC
Commission Expires Feb. 21, 1919

CAROLINE F. SIMON
NOTARY PUBLIC
PHILADELPHIA, PA.

-6-

STATE OF MARYLAND    )
                     : SS.
COUNTY OF BALTIMORE  )

     BE IT REMEMBERED that on this 24th day of January, A.D. 1918, personally appeared before me, the subscriber, a Notary Public for the State of Maryland, Emil Goetsch, a party to the foregoing certificate of incorporation, known to me personally to be such, and I having first made known to him the contents of said certificate, he did acknowledge that he signed, sealed and delivered the same as his voluntary act and deed and that the facts therein stated were truly set forth.

     GIVEN under my hand and seal of office the day and year aforesaid.

Raymond G. Ehrman<br>Notary Public

RAYMOND G. EHRMAN
NOTARY PUBLIC
BALTIMORE CO. MD.

STATE OF MARYLAND   )
                      :  SS.
COUNTY OF BALTIMORE  )

      BE IT REMEMBERED that on this 25th day of January, A.D. 1918, personally appeared before me, the subscriber, a Notary Public for the State of Maryland, L. F. Barker, a party to the foregoing certificate of incorporation, known to me personally to be such, and I having first made known to him the contents of said certificate, he did acknowledge that he signed, sealed and delivered the same as his voluntary act and deed and that the facts therein stated were truly set forth.

      GIVEN under my hand and seal office the day and year aforesaid.

<u>Raymond G. Ehrman</u>
Notary Public

RAYMOND G. EHRMAN
NOTARY PUBLIC
BALTIMORE CO. MD.

-8-