# EXHIBIT 2

## CERTIFICATE OF INCORPORATION OF THE ENDOCRINE SOCIETY

**FIRST:**  The name of this corporation is THE ENDOCRINE SOCIETY.

**SECOND:**  The principal office of the corporation and its place of business in the State of Delaware shall be 4305 Lancaster Pike, County of New Castle, Wilmington, Delaware.

**THIRD:**  The corporation shall be organized and operated exclusively for educational and scientific purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code of 1954, as amended. Solely in furtherance thereof, it shall promote research and study in the science of endocrinology, the diffusion of information therefrom obtained by lecture, publication or otherwise; and it shall print, publish or distribute books, periodicals or similar articles on scientific subjects relating to endocrinology. It shall be authorized to own, buy and sell scientific apparatus and equipment and own and maintain laboratories and libraries in furtherance of the educational and scientific purposes stated in this Article THIRD. The corporation shall not exercise any powers or conduct any activities which are not permissible under the laws of the State of Delaware or allowed an educational or scientific organization described in Section 501(c)(3) of the Internal Revenue Code.

**FOURTH:**  The corporation shall have no capital stock. It shall be a membership corporation, the conditions of which shall be stated in the bylaws or shall be as otherwise determined by the Council.

**FIFTH:**  The name and place of residence of each of the incorporators is as follows:

| NAME | RESIDENCE |
|---|---|
| C.E. deM. Sajous | Philadelphia, Penna. |
| L.F. Barker | Baltimore, Md. |
| Emil Goetsch | Baltimore, Md. |

**SIXTH:**  The corporation shall have perpetual existence. In the event of the termination of the corporation, all assets remaining after payment of, or provision of, its debts shall be distributed for exclusively educational and scientific purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code.

**SEVENTH:**  The personal assets and the private property of the officers, employees, Council and members shall not be subject to the payment of any corporate debts or liabilities, to any extent whatsoever; nor shall any officer, employee or member of the Council or the corporation be personally liable for any act or failure to act taken in the name of, or on behalf of, the corporation, except for willful neglect or gross negligence.

**EIGHTH:**  (a) In furtherance and not in limitation of the powers conferred by the State of Delaware, the Council, which is the governing body of the corporation for purposes of all such references contained in the Delaware General Corporation Law, is expressly authorized: to make, repeal, alter or amend the bylaws; to fix the amount of funds, or assets, to be reserved as working capital of the corporation and authorize and cause to be executed mortgages, liens and other lines of credit upon the property or property rights of the corporation; from time to time, to determine whether and to what extent, and at what times and places, and under what conditions and regulations, the books, records and accounts of the corporation, or any of them shall be open to the inspection of the membership; and no member shall have any right to inspect any account or book or document of the corporation, except as conferred by the laws of the State of Delaware, or as authorized by resolution of the Council, or as authorized by resolution of the members. Members and Council shall have the power to hold their meetings, and keep their books, to the extent provided by law, outside the State of Delaware, at such places as may from time to time be determined by the Council. The bylaws are authorized to confer additional powers on the Council beyond those expressed herein including powers which set forth the time, place, procedure and appeal rights for the removal of any individuals from membership, or from any corporate office or committee, or from membership on the Council, provided, however, that the vote for removal may not be less than the vote of the members required to elect the individual to the position or status jeopardized including membership, corporate office, Council or committee as context requires. If a procedure is established for such removal, the bylaws shall provide the means to fill such vacancy caused by such removal.

(b) The Council reserves the right to amend, alter, change or repeal any provision contained herein or in the Certificate of Incorporation, as amended, or in any amendments thereto, in the manner now or hereafter prescribed by the laws of the State of Delaware and all rights conferred upon officers, Council and members by the bylaws shall be exercised in recognition of this reservation.





PAGE   1

## State of Delaware



## Office of Secretary of State

I, MICHAEL HARKINS, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF THE ENDOCRINE SOCIETY FILED IN THIS OFFICE ON THE THIRTEENTH DAY OF JULY, A.D. 1987, AT 9 O'CLOCK A.M.

: : : : : : : : : :



871940027

Michael Harkins, Secretary of State

AUTHENTICATION:    11369794

DATE:    08/20/1987

FILED

JUL 13 1987

CERTIFICATE OF AMENDMENT

OF

THE ENDOCRINE SOCIETY

The Endocrine Society, a corporation organized and existing under the laws of the State of Delaware, hereby certifies as follows:

(1)  That the members of the governing body of said corporation, at a meeting duly convened and held on the Ninth day of January, 1987, at 8:30 o'clock A.M., duly proposed amendments to its Certificate of Incorporation and at said meeting duly passed a resolution setting forth the amendments proposed, declaring their advisability and calling a meeting of the governing body of said corporation for the consideration thereof, said meeting being called on a date not earlier than fifteen days and not later than sixty days from the meeting at which the aforementioned resolution had been passed.

(2)  That thereafter on the Seventh day of March, 1987, at 8:30 o'clock A.M., pursuant to such call and to due and written notice thereof given to each of the members of the governing body more than 56 days prior to such date, all as required by the bylaws of the corporation, a special meeting of the members of the governing body was held and there were present at such meeting at least a majority of the members of the whole number of said governing body of the corporation, to wit:  7 out of 13.

(3)  That at said special meeting a vote of the members of the governing body was taken for and against the amendment to the Certificate of Incorporation, said Amendment being as follows:  See attached Amendment.

(4)   That at said special meeting of the members of the governing body 13 out of the 13 members thereof voted in favor of said amendment.

IN WITNESS WHEREOF, the said The Endocrine Society has made, under its corporate seal and the hand of Roger Guillemin, M.D., Ph.D., its President and Attested by its Secretary, the foregoing certificate, and the said President and Secretary have hereunto severally set their hands and cause the corporate seal of the corporation to be hereunto affixed and memorialized on this Seventh day of March, A.D. 1987.

By _____
Roger Guillemin, M.D., Ph.D.
President

[Corporate Seal]

ATTEST:

_____
Nicholas P. Christy, M.D.
Secretary

ATTACHMENT

CERTIFICATE OF AMENDMENT
TO THE
CERTIFICATE OF INCORPORATION
OF
THE ENDOCRINE SOCIETY

The Endocrine Society, for the purpose of amending its Certificate of Incorporation in accordance with Section 242(b)(3), of the Delaware General Corporation Law, as amended, and in accordance with such other statutes and rules as may be provided, does hereby certify:

FIRST:    The Endocrine Society is a corporation created and existing under the laws of the State of Delaware.

SECOND:    The principal office and place of business of said corporation in the State of Delaware is 4305 Lancaster Pike, County of New Castle, Wilmington, Delaware 19805 and the name of the agent in charge thereof is the Corporation Company of Delaware.

THIRD:    The governing body of the corporation, known as the Council, at a meeting duly called and held on the Ninth day of January, 1987, did finally resolve and declare:

(a)    That within paragraph EIGHTH(a), the following words are stricken in their entirety;

"to make, repeal, alter or amend the bylaws;"

(b)        That within paragraph EIGHTH(a), the following words are inserted between the words "* * * expressly authorized:" and "to fix the amount * * *":

> "to make, repeal, alter or amend the bylaws pursuant to and in accordance with provisions of the bylaws for such Council amendments;"

FOURTH:    The Council of the Endocrine Society met on the Seventh day of March, 1987 and adopted a resolution by a greater than majority vote, setting forth the amendment contained herein, and said resolution declared the advisability of their adoption.  Said resolution directed the President and Secretary-Treasurer of the corporation to execute, acknowledge, file and record said amendments in accordance with the laws of Delaware.

SIXTH:     Pursuant to Section 242(b)(3) of the Delaware Corporation Law, this amendment is adopted without the approval of the members of the corporation pursuant to the authority contained in the Certificate of Incorporation, as amended, and the amendments contained herein shall become effective on the date approved by the State of Delaware, in accordance with Section 103 of the Delaware Corporation Law.

2



# State
# of
# DELAWARE

## Office of SECRETARY OF STATE

I, Michael Harkins, Secretary of State of the State of Delaware,

do hereby certify that the attached is a true and correct copy of

Certificate of _____ Amendment _____

filed in this office on _____ August 15, 1986 _____



Michael Harkins, Secretary of State

BY _____

DATE _____ October 31, 1988 _____

Form 130

8 603370119

NON-STOCK

CERTIFICATE OF AMENDMENT

OF

(A Corporation Without Capital Stock)

FILED

AUG 15 199...

The Endocrine Society _____ , a
corporation organized and existing under the laws of the State of Delaware,
hereby certifies as follows:

(1) That the members of the governing body of said corporation, at
a meeting duly convened and held on the ___23___ day of ___June___ , 19 86 ,
at ___8:30___ o'clock __A__.M., duly proposed amendments to its Certificate of
Incorporation and at said meeting duly passed a resolution setting forth the
amendments proposed, declaring their advisability and calling a meeting of
the governing body of said corporation for the consideration thereof, said
meeting being called on a date not earlier than fifteen days and not later
than sixty days from the meeting at which the aforementioned resolution had
been passed.

(2) That thereafter on the ___19th___ day of ___July___ , 19 86 ,
at ___8:30___ o'clock __A__.M., pursuant to such call and to due and written
notice thereof given to each of the members of the governing body more than
___46___ days prior to such date, all as required by the by-laws of the
corporation, a special meeting of the members of the governing body was held
and there were present at such meeting at least a majority of the members of
the whole number of said governing body of the corporation, to wit: ___7___
out of ___13___ .

(3) That at said meeting a vote of the members of the governing
body was taken for and against the amendment to the Certificate of Incorpor-
ation, said Amendment being as follows:  See Attached Amendment

(4) That at said meeting of the members of the governing body
_____7_____ out of the _____11_____ members of the corporation voted in favor
of said amendment.

IN WITNESS WHEREOF, the said __The Endocrine Society__
has made, under its corporate seal and the hand of __Roger Guillemin__
_____, its President and Attested by its Secretary, the fore-
going certificate, and the said President and Secretary have hereunto
severally set their heads and cause the corporate seal of the corporation
to be hereunto affixed this __29th__ day of __July__ , A.D. 19_86_.

By_____
President (Roger Guillemin)

(Corporate Seal)

ATTEST:

(Nicholas P. Christy)



Attachment

### CERTIFICATE OF AMENDMENT
### TO THE
### CERTIFICATE OF INCORPORATION
### OF
### THE ENDOCRINE SOCIETY

The Endocrine Society, for the purpose of amending its Certificate of incorporation in accordance with Section 242(b)(3), of the Delaware General Corporation Law, as amended, and in accordance with such other statutes and rules as may be provided, does hereby certify:

FIRST:    The Endocrine Society is a corporation created and existing under the laws of the State of Delaware.

SECOND.    The principal office and place of business of said corporation in the State of Delaware is 4305 Lancaster Pike, County of New Castle, Wilmington, Delaware 19805 and the name of the agent in charge thereof is the Corporation Company of Delaware.

THIRD:    The governing body of the corporation, known as the Council, at a meeting duly called and held on the Second day of June, 1986, did finally resolve and declare:

(a)    That paragraphs SECOND, THIRD, FOURTH, SIXTH, SEVENTH and EIGHTH are stricken in their entirety;

(b)    That the following paragraphs are inserted in full and complete substitution therefor:

00004

SECOND.    The principal office of the corporation and its place of business in the State of Delaware shall be 4305 Lancaster Pike, County of New Castle, Wilmington, Delaware 19805.    The name and address of its registered agent is Corporation Company of Delaware and the registered office therein shall be at 4305 Lancaster Pike, Wilmington, Delaware 19805.

THIRD.    The corporation shall be organized and operated exclusively for educational and scientific purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code of 1954, as amended.    Solely in furtherance thereof, it shall promote research and study in the science of endocrinology, the diffusion of information therefrom obtained by lecture, publication or otherwise; and it shall print, publish or distribute books, periodicals or similar articles on scientific subjects relating to endocrinology.    It shall be authorized to own, buy and sell scientific apparatus and equipment and own and maintain laboratories and libraries in furtherance of the educational and scientific purposes stated in this Article THIRD.    The corporation shall not exercise any powers or conduct any activities which are not permissible under the laws of the State of Delaware or allowed an educational and scientific organization described in Section 501(c)(3) of the Internal Revenue Code.

2

P0005

FOURTH:   The corporation shall have no capital stock.  It shall be a membership corporation, the conditions of which shall be stated in the bylaws or shall be as otherwise determined by the Council.

SIXTH:   The corporation shall have perpetual existence.  In the event of the termination of the corporation, all assets remaining after the payment of, or provision for, its debts shall be distributed for exclusively educational and scientific purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code.

SEVENTH:  The personal assets and private property of the officers, employees, Council and members shall not be subject to the payment of any corporate debts or liabilities, to any extent whatsoever; nor shall any officer, employee or member of the Council or of the corporation be personally liable for any act or failure to act taken in the name of, or on behalf of, the corporation, except for willful neglect or gross negligence.

EIGHTH:   (a)  In furtherance and not in limitation of the powers conferred by the State of Delaware, the Council, which is the governing body of the corporation for purposes of all such references contained in the Delaware General Corporation Law, is expressly authorized:  to make, repeal, alter or

3

amend the bylaws; to fix the amount of funds, or assets, to be reserved as working capital of the corporation and authorize and cause to be executed mortgages, liens and other lines of credit upon the property or property rights of the corporation; from time to time, to determine whether and to what extent, and at what times and places, and under what conditions and regulations, the books, records and accounts of the corporation, or any of them, shall be open to the inspection of the membership; and no member shall have any right to inspect any account or book or document of the corporation, except as conferred by the laws of the State of Delaware, or as authorized by resolution of the Council, or as authorized by resolution of the members. Members and Council shall have the power to hold their meetings, and keep their books, to the extent provided by law, outside the State of Delaware, at such places as may from time to time be determined by the Council. The bylaws are authorized to confer additional powers on the Council, beyond those expressed herein, including powers which set forth the time, place, procedure and appeal rights for the removal of any individual from membership, or from any corporate office or committee, or from membership on the Council, provided, however, that the vote for removal may not be less than the

vote of the members required to elect the individual to position or status jeopardized including membership, corporate office, Council or committee, as context requires. If a procedure is established for such removal, the bylaws shall provide the means to fill such vacancy caused by such removal.

(b)   The Council reserves the right to amend, alter, change or repeal any provision contained herein, or in the Certificate of Incorporation, as amended, or in any amendments thereto, in the manner now or hereafter prescribed by the laws of the State of Delaware, and all rights conferred upon officers, Council and members by the bylaws shall be exercised in recognition of this reservation.

FOURTH:   The Council of the Endocrine Society met on the Nineteenth day of July, 1986 and adopted a resolution by a greater than majority vote, setting forth all amendments contained herein, and said resolution declared the advisability of their adoption. Said resolution directed the President and Secretary-Treasurer of the corporation to execute, acknowledge, file and record said amendments in accordance with the laws of Delaware.

SIXTH:   Pursuant to Section 242(b)(3) of the Delaware Corporation Law, this amendment is adopted without the approval

5

of the members of the corporation pursuant to the authority contained in the Certificate of Incorporation, as amended, and the amendments contained herein shall become effective on the date approved by the State of Delaware, in accordance with Section 103 of the Delaware Corporation Law.

6