# EXHIBIT 14



**THE DEPUTY SECRETARY OF HEALTH AND HUMAN SERVICES**
**WASHINGTON, D.C. 20201**

December 30, 2025

**Re: HHS Actions to End Sex Rejecting Procedures on Minors and Request for Information**

Kate Fryer, CAE
Chief Executive Officer
Endocrine Society
2055 L Street NW, Suite 600
Washington, DC 20036

Dear Ms. Fryer:

Last week, HHS proposed departmental policies to end the dangerous practice of sex-rejecting procedures being performed on minors. In recent years, the use of sex-rejecting procedures in the United States has grown significantly, while European countries, who were initially the leaders in this space, have limited these procedures due to international concerns about the evidence, efficacy, and safety of chemical and surgical mutilation.

HHS commissioned a report on these procedures, *Treatment for Pediatric Gender Dysphoria: Review of Evidence and Best Practices* (HHS Review).[1] The contributors are a wide range of medical professionals and academics who found that the harms of these procedures, namely, puberty blockers, cross-sex hormones, and surgical operations, outweigh any perceived benefits. The HHS Review underwent an extensive peer review process—umbrella review—soliciting feedback from medical professionals and organizations. The overwhelming consensus among the peer reviewers is that the conclusions drawn in the HHS Review are Gold Standard Science.

Per the HHS Review,[2] HHS Declaration,[3] and the Office of the Assistant Secretary for Health Public Health Education Message,[4] HHS would like to reiterate that sex-rejecting procedures on minors are not supported by evidence and inflict irreversible harm on children.

It is this administration's priority to end all sex-rejecting procedures on minors, ending the severe and irreversible harm caused by these procedures. The harm portfolio for these interventions includes, "infertility/sterility, sexual dysfunction, impaired bone density accrual, adverse cognitive impacts, cardiovascular disease and metabolic disorders, psychiatric disorders, surgical

---

[1] U.S. Department of Health and Human Services, *Treatment for Pediatric Gender Dysphoria: Review of Evidence and Best Practices*, November 19, 2025, https://opa.hhs.gov/sites/default/files/2025-11/gender-dysphoria-report.pdf.
[2] *Id.*
[3] Declaration of the Secretary of the Department of Health and Human Services, https://www.hhs.gov/sites/default/files/declaration-pediatric-sex-rejecting-procedures.pdf.
[4] Evidence Based Care for Children and Adolescents with Gender Dysphoria, Assistant Secretary for Health Public Health Message, https://health.gov/sites/oash/files/Message_Pediatric_Gender_Dysphoria_Treatment.pdf.

complications, and regret."[5] Accordingly, the "current medical evidence does not support a favorable risk/benefit profile for using these interventions to treat pediatric gender dysphoria."[6] HHS finds that these harmful and often irreversible interventions "fail to meet professional recognized standards of health care."[7]

HHS is aware that in the United States "clinical guidance for treating pediatric gender dysphoria" has historically been offered by "the [The World Professional Association for Transgender Health] (WPATH) and the [Endocrine Society] (ES) clinical practice guidelines and the [American Academy of Pediatrics] (AAP) guidance document."[8]

After thoroughly reviewing these guidelines and guidance, they were found to be of "very low quality."[9]

The HHS Review and additional policy actions "documented risks of significant harm, markedly weak evidence of benefit, unfavorable risk benefit profiles, inadequate existing clinical guidelines, growing international consensus among countries conducting rigorous evidence reviews"

HHS requests medical professionals and organizations that provide or promote these procedures immediately end these practices and revise medical guidelines and guidance that advise medical professionals to provide these procedures to minors.

HHS will use all authority under the law, consistent with applicable laws, regulations, court orders,[10] and any required procedures, to aggressively pursue any medical organization that participates in the castration, mutilation, chemical, or surgical sex-rejecting procedures on minors.

HHS requests medical organizations receiving this letter voluntarily state their position on the practice of sex-rejecting procedures on minors. HHS further requests that if the Endocrine Society position is not reflected in current guidelines, guidance, or education materials, please voluntarily explain any updates to these public facing materials the organization plans to make.

---

[5] U.S. Department of Health and Human Services, *Treatment for Pediatric Gender Dysphoria: Review of Evidence and Best Practices*, November 19, 2025, https://opa.hhs.gov/sites/default/files/2025-11/gender-dysphoria-report.pdf.
[6] Declaration of the Secretary of the Department of Health and Human Services, https://www.hhs.gov/sites/default/files/declaration-pediatric-sex-rejecting-procedures.pdf.
[7] *Id.*
[8] *Id.* at 5.
[9] *Id.*
[10] Preliminary injunctions currently in effect in *PFLAG v. Trump*, 25cv337 (D. Md.) and *Washington v. Trump*, 25cv244 (W.D. Wash.), respectively, prohibit HHS from "conditioning, withholding, or terminating federal funding under Section 3(g) of Executive Order 14,168 and Section 4 of Executive Order 14,187, based on the fact that a healthcare entity or health professional provides gender-affirming medical care to a patient under the age of nineteen," and prohibit HHS from (1) "enforcing or implementing Section 4 of Executive Order 14,187 within" Washington, Oregon, Minnesota, and Colorado; and (2) "enforcing Sections 3(e) or 3(g) of Executive Order 14,168 to condition or withhold federal funding based on the fact that a health care entity or health professional provides gender-affirming care within" those same states. HHS will continue to comply with these injunctions while they are in effect.

Sincerely,

James O'Neill