# EXHIBIT 18



← **Post**

Joe Gabriel Simonson ✔
@SaysSimonson

⋯

The partisan morons at Bloomberg believe investigating whether children had their breasts and genitalia improperly removed is "an attack on transgender rights."



**FTC Targets Medical Nonprofits in Trans Kids' Health Probe**

The Federal Trade Commission headquarters in Washington. *Photographer: Al Drago/Bloomberg*

By Leah Nylen
February 10, 2026 at 3:42 PM UTC

⬜ Save     🔤 Translate     🎧 Listen 2:47

Federal enforcers have opened a consumer protection probe into the American Academy of Pediatrics and the leading professional association focused on transgender health care, extending the Trump administration's attacks on transgender rights.

1:48 PM · Feb 10, 2026 · **4,639** Views

💬 2          ⟲ 33          ♡ 75          🔖 3          ↑

**New to X?**

Sign up now to get your own personalized timeline!

G  **Sign up with Google**

🍎  **Sign up with Apple**

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**What's happening**

Trending in United States
**El Mencho**
Trending with Jalisco, Puerto Vallarta

Sports · Trending
**Connor Hellebuyck**
Trending with American Hero

Sports · Trending
**Jack Hughes**
Trending with Gold, Team USA

Trending in United States
**Ava Heiden**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ⋯  © 2026 X Corp.