**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE ENDOCRINE SOCIETY, | |
| *Plaintiff*, | |
| v. | Case No. 1:26-cv-00512-JEB |
| FEDERAL TRADE COMMISSION, *et al.*, | |
| *Defendants*. | |

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

UPON CONSIDERATION OF Plaintiff the Endocrine Society's Motion for a Preliminary Injunction, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2026,

**ORDERED** that Plaintiff's Motion for a Preliminary Injunction is **GRANTED**; it is further

**ORDERED** that Defendants are **ENJOINED** from implementing or enforcing the Civil Investigative Demand served by the Federal Trade Commission on the Endocrine Society dated January 15, 2026; and it is further

**ORDERED** that Defendants are **ENJOINED** from issuing any further demands on or further investigating the Endocrine Society in violation of its First or Fourth Amendment rights, including in connection with its Guidelines, Position Statement, or noncommercial speech regarding gender affirming care.

_____
Chief Judge James E. Boasberg
United States District Judge