IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ENDOCRINE SOCIETY,<br><br>    *Plaintiff*,<br><br>    v.<br><br>FEDERAL TRADE COMMISSION, *et al.*,<br><br>    *Defendants*. | Case No. 1:26-cv-00512-JEB |

**JOINT STIPULATION REGARDING DEADLINES**

The parties respectfully submit this joint stipulation regarding this matter.

1. The parties propose and stipulate a briefing schedule for Plaintiff's Motion for a Preliminary Injunction under which Defendants will file their response by March 17, 2026, and Plaintiff will file its reply by March 27, 2026.

2. Plaintiff believes that oral argument would aid the Court's resolution of the Motion for a Preliminary Injunction and respectfully requests that the Court schedule a hearing, if possible, prior to April 15, 2026. Defendants do not believe oral argument is necessary for resolution of the legal issues presented in the motion but stand ready for a hearing if the Court determines it would be necessary or helpful.

3. If the Court enters this stipulation regarding the briefing schedule, the parties further stipulate and agree that the Commission will send a letter to Plaintiff extending Plaintiff's compliance deadline for the CID from March 16, 2026 to a date that is 60 days from the Court's decision on Plaintiff's Motion for Preliminary Injunction.

4. Further, if the Court enters this stipulation, Defendants will file a motion to extend the deadline in Federal Rule of Civil Procedure 12(a) to answer the complaint or move to dismiss until

30 days after the Court rules on Plaintiff's Motion for Preliminary Injunction. Plaintiff agrees not to oppose that extension.

**IT IS SO STIPULATED.**

Dated: February 25, 2026                     Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Raymond P. Tolentino
　　　　　　　　　　　　　　　　　　　　Raymond P. Tolentino (D.D.C. Bar No. 1028781)
　　　　　　　　　　　　　　　　　　　　Heather Sawyer (D.C. Bar No. 497688)
　　　　　　　　　　　　　　　　　　　　(*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　Joshua Revesz (D.D.C. Bar No. 1616617)
　　　　　　　　　　　　　　　　　　　　Dev P. Ranjan (D.C. Bar No. 90019329)
　　　　　　　　　　　　　　　　　　　　(*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　COOLEY LLP
　　　　　　　　　　　　　　　　　　　　1299 Pennsylvania Ave., NW, Suite 700
　　　　　　　　　　　　　　　　　　　　Washington, DC 20004-2400
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 842-7800
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 842-7899
　　　　　　　　　　　　　　　　　　　　rtolentino@cooley.com
　　　　　　　　　　　　　　　　　　　　hsawyer@cooley.com
　　　　　　　　　　　　　　　　　　　　jrevesz@cooley.com
　　　　　　　　　　　　　　　　　　　　dranjan@cooley.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Endocrine Society*

　　　　　　　　　　　　　　　　　　　　/s/ Ethan D. Beck
　　　　　　　　　　　　　　　　　　　　Lucas Croslow (D.C. Bar # 1048342)
　　　　　　　　　　　　　　　　　　　　*General Counsel*
　　　　　　　　　　　　　　　　　　　　Alex Potapov (D.C. Bar # 998355)
　　　　　　　　　　　　　　　　　　　　*Deputy General Counsel*
　　　　　　　　　　　　　　　　　　　　Ethan D. Beck (D.C. Bar # 90024619)
　　　　　　　　　　　　　　　　　　　　*Counsel to the General Counsel*
　　　　　　　　　　　　　　　　　　　　Federal Trade Commission
　　　　　　　　　　　　　　　　　　　　Office of General Counsel
　　　　　　　　　　　　　　　　　　　　600 Pennsylvania Ave., N.W.
　　　　　　　　　　　　　　　　　　　　Washington, DC 20580
　　　　　　　　　　　　　　　　　　　　ebeck@ftc.gov
　　　　　　　　　　　　　　　　　　　　(202) 326-2110

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: _____          _____
                                               James E. Boasberg, Chief Judge