IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE ENDOCRINE SOCIETY,

*Plaintiff*,

v.

FEDERAL TRADE COMMISSION, et al.,

*Defendants*.

No. 1:26-cv-0512

**[PROPOSED] ORDER EXTENDING
DEADLINE TO ANSWER OR MOVE TO DISMISS**

On consideration of Defendants' unopposed motion to extend the deadline to answer the complaint or move to dismiss, it is hereby:

**ORDERED** that Defendants' motion is **GRANTED**.  The deadline to answer or move to dismiss under Federal Rule of Civil Procedure 12 is hereby extended until 30 days after the Court rules on Plaintiff's pending motion for a preliminary injunction.

**IT IS SO ORDERED.**

Dated: _____

_____
U.S. District Judge