**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE ENDOCRINE SOCIETY,<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL TRADE COMMISSION, *et al.*,<br><br>*Defendants*. | No. 1:26-cv-00512-JEB |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF LAMBDA LEGAL
DEFENSE AND EDUCATION FUND, INC. AS *AMICUS CURIAE* IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

A.D. Sean Lewis*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
213-382-7600

Morgan J. Walker*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
3500 Oak Lawn Avenue, Suite 500
Dallas, TX  75219
214-219-8585

Karen L. Loewy, D.C. Bar No. 1722185
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006
202-804-6245

Omar Gonzalez-Pagan**
Jessica Polansky*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
212-809-8585

*Motion for admission *pro hac vice*
forthcoming
**Application for admission pending

*Counsel for Amicus Curiae*

1

Pursuant to Local Civil Rule 7(o)(2), Lambda Legal Defense and Education Fund, Inc. ("Lambda Legal") respectfully moves for leave to file a brief as *amicus curiae* in support of Plaintiff the Endocrine Society.  Plaintiff has consented to the filing of this brief and Defendants do not oppose its filing.  No person or entity other than amicus and its counsel assisted in or made a monetary contribution to the preparation or submission of this brief.

This court has sole discretion "to determine 'the fact, extent, and manner' of the participation" of an *amicus curiae. Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 136 (D.D.C. 2008) (quoting *Cobell v. Norton*, 246 F.Supp.2d 59, 62 (D.D.C.2003)). "The filing of an *amicus* brief should be permitted if it will assist the judge by presenting ideas, arguments, theories, insights, facts or data that are not to be found in the parties' briefs." *N. Mariana Islands v. United States*, No. 08-1572, 2009 WL 596986, at *1 (D.D.C. Mar. 6, 2009) (quotation omitted); *see In re Search of Info. Associated with [redacted]@mac.com*, 13 F. Supp. 3d 157, 167 (D.D.C. 2014) (same). Courts have permitted third parties to participate as *amici curiae* "when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Jin,* 557 F.Supp.2d at 137 (quotation omitted), and when they have "relevant expertise and a stated concern for the issues at stake in [the] case," *District of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011). "The primary role of the *amicus* is to assist the Court in reaching the right decision in a case affected with the interest of the general public." *Russell v. Bd. of Plumbing Exam'rs.*, 74 F. Supp. 2d 349, 351 (S.D.N.Y. 1999).

Lambda Legal is the nation's oldest and largest legal organization dedicated to achieving full recognition of the civil rights of lesbian, gay, bisexual, transgender, and queer (LGBTQ+) people and everyone living with HIV through impact litigation, education, and policy advocacy. Since its founding in 1973, Lambda Legal has sought to eliminate discriminatory barriers to health

care for LGBTQ+ people, particularly transgender people, serving as counsel or *amicus* in cases across the country. *See*, *e.g.*, *United States v. Skrmetti*, 605 U.S. 495 (2025); *Kadel v. Folwell*, 100 F.4th 122, 133 (4th Cir. 2024), *cert. granted, judgment vacated*, 145 S. Ct. 2838 (2025); *Whitman-Walker Clinic, Inc. v. U.S. Dep't of Health & Hum. Servs.*, 485 F. Supp. 3d 1 (D.D.C. 2020). This includes cases pushing back against the Trump Administration's defunding of researchers and healthcare entities serving transgender people. *See*, *e.g.*, *San Francisco AIDS Found. v. Trump*, 786 F. Supp.3d 1184 (N.D. Cal. 2025); *PFLAG, Inc. v. Trump*, 769 F. Supp.3d 405 (D. Md. 2025).

Having long litigated cases involving barriers to gender-affirming medical care, *Amicus* offers perspectives on the Trump Administration's far-ranging targeting of transgender people and their healthcare providers and on the illegitimacy of investigating medical associations for their clinical guidance and policy statements as the Court considers the improper purpose underlying the administrative subpoenas sent to associations like the Endocrine Society.

For the foregoing reasons, Lambda Legal's motion for leave to file the proposed *amicus* brief should be granted. A proposed order is enclosed with this motion.

Dated:  March 12, 2026

Respectfully submitted,

/s/ *Karen L. Loewy*
 Karen L. Loewy

<table>
<tr><td>

A.D. Sean Lewis*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
213-382-7600
alewis@lambdalegal.org

Morgan J. Walker*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
3500 Oak Lawn Avenue, Suite 500
Dallas, TX  75219
214-219-8585
mwalker@lambdalegal.org

</td><td>

Karen L. Loewy, D.C. Bar No. 1722185
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006
202-804-6245
kloewy@lambdalegal.org

Omar Gonzalez-Pagan**
Jessica Polansky*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
212-809-8585
ogonzalez-pagan@lambdalegal.org
jpolansky@lambdalegal.org


*Motion for admission *pro hac vice*
forthcoming
**Application for admission pending

</td></tr>
</table>

*Counsel for Amicus Curiae*

5

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using

the CM/ECF system on March 12, 2026.  I certify that all participants in the case are registered

CM/ECF users and that service will be accomplished by the CM/ECF system.

.

s/ *Karen L. Loewy*
Karen L. Loewy

5