**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE ENDOCRINE SOCIETY,

    *Plaintiff,*

    v.

FEDERAL TRADE COMMISSION, *et al.,*

    *Defendants*.

No. 1:26-cv-00512-JEB

**[PROPOSED]**
**ORDER GRANTING UNOPPOSED**
**MOTION FOR LEAVE TO FILE BRIEF OF LAMBDA LEGAL DEFENSE AND**
**EDUCATION FUND, INC. AS AMICUS CURIAE IN SUPPORT OF PLAINTIFF'S**
**MOTION FOR PRELIMINARY INJUNCTION**

Before the Court is the motion of Lambda Legal Defense and Education Fund, Inc. ("Lambda Legal"), pursuant to Local Civil Rule 7(o)(2), for leave to submit a brief as *amicus* in support of Plaintiff, the Endocrine Society.

The motion, being unopposed, is GRANTED for the reasons stated in the motion and it is ORDERED that the brief of Lambda Legal is accepted as filed.

_____    _____

Hon. James E. Boasberg, Chief Judge        Date
U.S. District Court for the District of Columbia