AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| THE ENDOCRINE SOCIETY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00512-JEB |
| FEDERAL TRADE COMMISSION, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lambda Legal Defense and Education Fund, Inc.                                                        .

Date:     03/12/2026

/s/ Karen L. Loewy
*Attorney's signature*

Karen L. Loewy
*Printed name and bar number*

Lambda Legal
815 16th Street NW, Suite 4140
Washington, DC 20006

*Address*

kloewy@lambdalegal.org
*E-mail address*

(202) 804-6245
*Telephone number*

(855) 535-2236
*FAX number*