**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ENDOCRINE SOCIETY,<br><br>    Plaintiff,<br><br>        v.<br><br>FEDERAL TRADE COMMISSION, *et al.*,<br><br>    Defendants. | Civil Action No. 26-512 (JEB) |

## <u>ORDER</u>

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiff's Motion for Preliminary Injunction is GRANTED IN PART and DENIED IN PART;

2. The Federal Trade Commission is preliminarily enjoined from implementing or enforcing its previously issued Civil Investigative Demand against the Endocrine Society; and

3. Plaintiff shall post a bond in the amount of $1.00 by May 11, 2026.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: <u>May 7, 2026</u>

1