# Exhibit 1



United States of America
FEDERAL TRADE COMMISSION
WASHINGTON, DC 20580

June 17, 2026

Bureau of Consumer Protection

**VIA E-MAIL**
Raymond P. Tolentino
Heather Sawyer
Dev P. Ranjan
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC 20004-2400
rtolentino@cooley.com
hsawyer@cooley.com
dranjan@cooley.com

**RE: FTC File No. P264800**

Dear Messrs. Tolentino and Ranjan and Ms. Sawyer:

On January 15, 2026, the Federal Trade Commission issued a Civil Investigative Demand ("the CID") to the Endocrine Society. On June 17, 2026, the Commission filed a complaint in federal district court in *Federal Trade Commission* et al. *v. World Professional Association for Transgender Health*, *Inc.,* et al., No. 4:26-cv-00748-P (N.D. Tex.). Due to the filing of that complaint, the Commission no longer views compliance with the CID as necessary to its investigation. Accordingly, this letter withdraws the CID pursuant to FTC Rule 2.7(*l*).

Sincerely,

*/s/ Katherine White*
Katherine White
Deputy Director
Bureau of Consumer Protection