IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE ENDOCRINE SOCIETY,

*Plaintiff*,

v.

Case No. 1:26-cv-0512 (JEB)

FEDERAL TRADE COMMISSION, et al.,

*Defendants*.

**UNOPPOSED MOTION TO EXTEND
DEADLINE TO ANSWER OR MOVE TO DISMISS**

Defendants request an extension of the deadline to answer or otherwise respond to the complaint.  That filing is currently due July 8, 2026.  Defendants seek a fourteen-day extension, which would make the filing due Wednesday, July 22.  There is good cause to grant that relief, as an extension would provide the parties an adequate opportunity to address the implications of the Commission's recent withdrawal of the civil investigative demand that is the subject of this case. Plaintiff does not oppose this motion.

Plaintiff filed its complaint on February 17, 2026, challenging a CID the Commission issued to Plaintiff on January 16, 2026.  Dkt.1.  Defendants' response to the complaint was initially due June 6, 2026, thirty days after this Court issued an order preliminarily enjoining Defendants from enforcing the CID.  *See* Minute Order (Feb. 27, 2026); Dkt.37.  The Court granted an extension to July 8.  Minute Order (June 2, 2026).  On June 17, 2026, FTC staff formally withdrew the CID that is the subject of this action.  Dkt.40 at 1; *see* Dkt.40-1 at 2.  The letter withdrawing the CID explained that "the Commission no longer views compliance with the CID as necessary to its investigation" due to the filing of the complaint in *Federal Trade Commission v. World*

*Professional Association for Transgender Health, Inc.*, No. 4:26-cv-00748 (N.D. Tex.).  Dkt.40-1 at 2.

An extension of time is appropriate.  The withdrawal of the CID has important implications for this case.  A fourteen-day extension will allow the parties to confer regarding those implications and to decide on appropriate next steps.

Counsel for Defendants conferred with Plaintiff's counsel, and Plaintiff does not oppose the relief requested in this motion.  *See* Local Civ. R. 7(m).  A proposed order is attached.

## CONCLUSION

For these reasons, the Court should grant a fourteen-day extension of time to answer or otherwise respond to the complaint, making the filing due on Wednesday, July 22, 2026.

Dated: June 26, 2026
       Washington, D.C.


OF COUNSEL:                                    Respectfully submitted,


CHRISTOPHER MUFARRIGE                          LUCAS CROSLOW
    *Director*, Bureau of Consumer Protection      *General Counsel*

KATHERINE WHITE                                ALEX POTAPOV
    *Deputy Director*, Bureau of Consumer          *Deputy General Counsel*
    Protection
                                               /s/ Ethan D. Beck

BRETT A. SHUMATE                               ETHAN D. BECK
    *Assistant Attorney General, Civil Division*   *Counsel to the General Counsel*

JOHN BAILEY                                    *Federal Trade Commission*
    *Counsel to the Assistant Attorney General*    *600 Pennsylvania Ave., N.W.*
                                               *Washington, DC 20580*
DANIEL F. MUMMOLO                              *(202) 326-2110*
    *Counsel to the Assistant Attorney General*    *ebeck@ftc.gov*

    *United States Department of Justice*
    *Civil Division*
    *950 Pennsylvania Ave. NW*
    *Washington, DC 20530*
    *Phone: (202) 514-6054*
    *Email: daniel.f.mummolo@usdoj.gov*


                                               *Attorneys for the Defendants*


3