IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE ENDOCRINE SOCIETY,

*Plaintiff*,

v.

FEDERAL TRADE COMMISSION, et al.,

*Defendants*.

Case No. 1:26-cv-0512 (JEB)

**UNOPPOSED MOTION TO EXTEND
DEADLINE TO ANSWER OR MOVE TO DISMISS**

Defendants request an extension of the deadline to answer or otherwise respond to the complaint. That filing is currently due July 22, 2026. Defendants seek an extension to Monday, August 10, 2026. There is good cause to grant that relief. The parties have engaged in extensive discussions regarding the implications for this case of the Commission's withdrawal of the civil investigative demand at issue here. An extension would allow the parties to continue those discussions. Plaintiff does not oppose this motion.

Plaintiff filed its complaint on February 17, 2026, challenging a CID the Commission had issued to Plaintiff. Dkt.1. On June 17, 2026, FTC staff formally withdrew that CID. Dkt.40 at 1; *see* Dkt.40-1 at 2. Defendants' responsive pleading is currently due July 22, 2026. *See* Minute Order (June 28, 2026).

An extension of time is appropriate. The withdrawal of the CID has important implications for this case. An extension to August 10, 2026, will allow the parties to continue their discussions regarding those implications and to decide on appropriate next steps. It would also align the responsive pleading deadline here with the corresponding deadline in *American Academy of Pediatrics v. FTC*, where the parties are similarly in discussions about how to proceed following

the withdrawal of the CID at issue there.  *See* Minute Order, *Am. Acad. of Pediatrics v. FTC*, No. 1:26-cv-0508 (D.D.C. July 6, 2026) (setting the deadline to answer or otherwise respond to the complaint to August 10, 2026); *see also, e.g.*, Joint Status Report, *Am. Acad. of Pediatrics v. FTC*, No. 1:26-cv-0508 (D.D.C. June 26, 2026), ECF No. 41.

Counsel for Defendants conferred with Plaintiff's counsel, and Plaintiff does not oppose the relief requested in this motion.  *See* Local Civ. R. 7(m).  A proposed order is attached.

**CONCLUSION**

For these reasons, the Court should grant an extension of time to answer or otherwise respond to the complaint, making the filing due on Wednesday, August 10, 2026.

Dated: July 10, 2026
        Washington, D.C.

Respectfully submitted,

OF COUNSEL:

CHRISTOPHER MUFARRIGE
    *Director*, Bureau of Consumer Protection

KATHERINE WHITE
    *Principal Deputy Director*, Bureau of
    Consumer Protection

LUCAS CROSLOW
    *General Counsel*

ALEX POTAPOV
    *Deputy General Counsel*

/s/ Ethan D. Beck
ETHAN D. BECK
    *Counsel to the General Counsel*

BRETT A. SHUMATE
    *Assistant Attorney General, Civil Division*

JOHN BAILEY
    *Counsel to the Assistant Attorney General*

DANIEL F. MUMMOLO
    *Counsel to the Assistant Attorney General*

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Ave. NW
Washington, DC 20530
Phone: (202) 514-6054
Email: daniel.f.mummolo@usdoj.gov

FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., N.W.
Washington, DC 20580
(202) 326-2110
ebeck@ftc.gov

*Attorneys for the Defendants*

3