IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ENDOCRINE SOCIETY,<br>*Plaintiff*,<br>v.<br>FEDERAL TRADE COMMISSION, et al.,<br>*Defendants*. | Case No. 1:26-cv-0512 (JEB) |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

The parties hereby submit this joint stipulation of the voluntary dismissal of this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: September 16, 2026

Respectfully submitted,

By: */s/ Raymond P. Tolentino*
Raymond P. Tolentino (D.C. Bar No. 1028781)
Heather Sawyer (D.C. Bar No. 497688)
(Pro Hac Vice)
Joshua Revesz (D.C. Bar No. 1616617)
Dev P. Ranjan (D.C. Bar No. 90019329)
Cooley LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
rtolentino@cooley.com
hsawyer@cooley.com
jrevesz@cooley.com
dranjan@cooley.com

***Attorneys for Plaintiff***

By: */s/ Ethan D. Beck*

Lucas Croslow (D.C. Bar # 1048342)
*General Counsel*
Alex Potapov (D.C. Bar # 998355)

*Acting Principal Deputy General Counsel*
Ethan D. Beck (D.C. Bar # 90024619)
*Counsel to the General Counsel*
FEDERAL TRADE COMMISSION
Office of General Counsel
600 Pennsylvania Ave., N.W.
Washington, DC 20580
ebeck@ftc.gov
(202) 326-2110

Brett A. Shumate
*Assistant Attorney General, Civil Division*
John Bailey
*Counsel to the Assistant Attorney General*
Daniel F. Mummolo
*Counsel to the Assistant Attorney General*
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 514-6054
daniel.f.mummolo@usdoj.gov

***Attorneys for Defendants***